In the Matter of the Application of LOUIS BEAULIEU, Petitioner, for a Certiorari Order against LEWIS E. LAWES, as Agent and Warden of Sing Sing Prison, at Ossining, New York, Respondent.— Motion to dispense with printing denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of FRANK FRANGELLO for Payment of Award in the Proceeding Entitled: In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Located on Ocean Parkway, West Avenue, Van Sicklen Place, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of LEER BUILDING AND CONSTRUCTION COMPANY, INC., for Payment of Award in the Proceeding Entitled: In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Located on Ocean Parkway, West Avenue, Van Sicklen Place, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Petition of JACOB LEVENSON to Render and Settle His Account as Administrator, etc., of ARON LEVENSON, Deceased. JACOB LEVENSON, Individually and as Administrator, etc., of ARON LEVENSON, Deceased. BERNARD LEVENSON, MAX LEVENSON and SARAH WEISMAN, Appellants; KATE LEVENSON and Others, Respondents.— Motion denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of GIOVANNI VISCIOTTI for Payment of Award in the Proceedings Entitled: In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Premises Located on Ocean Parkway, West Avenue, Van Sicklen Place, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application for Leave to Sell Real Estate of FREDERICK WILBERT, Sometimes Known as FREDERICK W. TURNER, an Infant under the Age of Fourteen Years. SARAH PULLY, Purchaser, Appellant; WILLIAM H. MOTZER, Special Guardian, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of MORRIS ZURIT, Trading as THE LITTLE FUR SHOP. LOUIS FELDMAN, Appellant; JOSEPH SHULTZ, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JONAS J. KLEIN, as Administrator, etc., of HERMAN KLEIN, Deceased, Respondent, v. MARY ARNHEITER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied,

with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

PATRICK LEE, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Motion to amend undertaking granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HARRY LEMBERGER, Respondent, v. SAM KANER, KANER'S BAKERY, INC., and PAULINE KANER, Appellants.— Motion for reargument and for a new trial denied. with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARRILLARD BUILDERS, INC., Appellant, v. STEPHANO FERRARO, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HANNAH FLYNN O'BRIEN, Appellant, v. NORA MADDEN and Others, Respondents. (Appeal No. 2.) — Motion for reargument granted, without costs, and upon reargument order appealed from affirmed, with ten dollars costs and disbursements, without prejudice to plaintiff's right to renew the motion after the proper parties have been substituted in place of the deceased defendant. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH BERRAN, Appellants.— Motion for reargument of motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANGELOS PAPPAS, Respondent, v. D. & A. SCLAFANI, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ISAAC PARSHELSKY, Respondent, v. STELLAN HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH TUSCILLO, Appellant.— Motion to vacate and set aside order dated January 10, 1930, denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOSEPH B. RAEBECK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion to dismiss appeal denied without prejudice to renewal when the appeal is brought on for argument. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MORRIS ROSENBERG, Appellant, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS J. SALTZMAN, Respondent, v. RAY SALTZMAN, Appellant.— Motion to dismiss appeal denied. Judgment in a separation suit is not a bar to the granting of alimony in a divorce action where the wife would otherwise be entitled thereto. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.